---

## CONSTRUCTION OF THE WORDS " TAXES AND ASSESSMENTS LEVIED."

Circuit Court of Cuyahoga County.

The John Anisfield Co. v. The C., C., C. & St. L. Railway Co.

Decided, November 4, 1908.

*Interpretation of Contract—"Taxes Levied" Means Taxes on Duplicate.*

In a covenant regarding taxes thereafter "levied" it is presumed that the parties meant taxes thereafter to be ascertained upon the preparation of the county auditor's tax duplicate.

*Emil Joseph,* for plaintiff in error.
*Cook, McGowan & Foote,* contra.

Henry, J.; Marvin, J., concurs.

We are of opinion that the parties, in the covenant of their written contract of lease regarding the payment of taxes and assessments thereafter "levied" meant to use the term levied in the popular, albeit possibly a loose, sense in which it has admittedly been employed sometimes both by the Supreme Court and the General Assembly, viz., to mean ascertained on the reparation of the duplicate by the country auditor.

The judgment is affirmed.